United States District Court
Southern District of Texas
FILED

OCT 13 2005

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § § | CR. NO. H-05-78 |
| CHRISTOPHER WILLIAMS | § | |

## GOVERNMENT'S MOTION FOR ORDER

TO THE HONORABLE COURT:

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the United States moves for a preliminary order of forfeiture concerning the items listed in the indictment that are subject to forfeiture:

1. computer images depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

2. HP Pavilion 7955 desktop computer, serial number MX13823052;

3. Compaq Armada 7730MT Laptop Computer, serial number 6724BB731701;

4. Computer compact disks and floppy disks;

5. 35 mm camera; and

6. Compaq Presario computer tower, serial number 320770-003.

The defendant has pled guilty to the indictment and been found guilty by the Court. Sentencing is scheduled for October 13, 2005.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By: *[signature]*

MARTHA MINNIS
Assistant U.S. Attorney
(713) 567-9348
FBN: 31245 \ TBN: 14184100
PO Box 61129
Houston, Texas  77208

Certificate of Service

I certify that a copy of this motion and proposed preliminary order of forfeiture were sent to Dick DeGuerin on the 13th of Oct., 2005.

*[signature]*
Martha Minnis