UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | |
| | § | CRIMINAL NO. H-05-0078-1 |
| CHRISTOPHER WILLIAMS, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is the United States' motion for reconsideration of this Court's March 9, 2006 Order correcting the judgment in this case. That Order provided that Defendant's concurrent federal and state sentences should be served in a federal facility. The United States now argues that the doctrine of primary jurisdiction deprives the Court of the power to issue such an order. The United States is correct. *See, e.g.*, *United States v. Londono*, 285 F.3d 348, 356 (5th Cir. 2002). The March 9 order, Docket No. 42, is therefore **VACATED**, and Defendant is hereby **REMANDED** to the custody of the Bureau of Prisons, which will determine where he is to be housed.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 12th day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.